UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONYA ST. MARY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CALIFORNIA DEPARTMENT OF SOCIAL SERVICES, et al.,<br><br>　　　　Defendants. | No.  2:16-cv-2132 JAM AC<br><br><br>ORDER OF RECUSAL |

I hereby recuse myself from participation in this matter.

Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court is directed to randomly assign this case to another magistrate judge, notify the parties, and make appropriate adjustments in the assignments of civil cases to compensate for such reassignment.

DATED: February 21, 2017

_/s/ Allison Claire_
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE